UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:  Case No.: 10-71493
    Charles William Morgan  Chapter 13
        Debtor  Hon. Marci B. McIvor
_____/

## POST-CONFIRMATION PLAN MODIFICATION #1

NOW COMES the Debtor, Charles William Morgan, by and through his attorney, Law Offices of David W. Brown, PLLC, by David W. Brown, and in support of his Post-Confirmation Chapter 13 Plan Modification states as follows:

1. Debtor filed a Voluntary Chapter 13 Petition on October 13, 2010,
2. The Debtor's Chapter 13 Plan was confirmed on July 6, 2011.
3. The Debtor's Chapter 13 Plan was confirmed for a term of sixty (60) months.
4. There are currently 42 months left in the Debtor's confirmed Chapter 13 Plan.
5. Debtor proposes to modify the Chapter 13 Plan as follows:
   a. Reduce Debtor's Chapter 13 Plan payment to $257.36 per month then increase to $297.52 on June 1, 2013; then increase to $332.11 per month until August 1, 2013; $414.09 per month on September 1, 2013; $456.87 per month on March 1, 2014; $590.30 per month on February 1, 2015; $669.53 per month on September 1, 2015; and $707.82 per month on January 1, 2016 as Debtor's household expenses including house payment and food expenses have increased and Debtor's non-filing spouse's expenses (school and life insurance) have increased.
   b. Reduce Debtor's funds available to Class Eight Creditors from 72% to 48%.
6. The impact on all classes of creditors is as follows:
   **Class One** – No impact as this class will continue to be paid pursuant to the confirmed Chapter 13 Plan
   **Class Two** – No impact as Creditors in this class are paid direct and lien stripped in this class.
   **Class Three** – No impact as there are no creditors in this class.
   **Class Four** – No impact as there are no Creditors in this class.
   **Class Five** – No impact as there are no Creditors in this class.

**Class Six –** No impact as there are no Creditors in this class.

**Class Seven** – No impact as there are no Creditors in this class.

**Class Eight** – Creditors in this class will receive 48% on their duly filed claims rather than 72%.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court grant the Motion to Modify Chapter 13 Plan by a.) Reduce Debtors' Chapter 13 Plan payment.

Respectfully submitted,

Dated: January 14, 2013

/s/ David W. Brown
_____
David W. Brown (P58113)
Law Offices of David W. Brown, PLLC
1820 N. Lapeer Road, Ste 2A
Lapeer, MI 48446
(810) 245-6082
dbrownatt@sbcglobal.net

**WORKSHEET**

1. Length of Plan is _____ weeks;  __**60**__  months; _____ years.

    Debtor #1:

2. $ **See attached page for Step payments** per pay period x  (_**Monthly**_)  **42 payments remaining**  pay periods per Plan = $  **22083.86**  total per Plan

    $ _____ per pay period x  ( ) _____ pay periods per Plan = $ _____ total per Plan

3. $ _____ per period x _____ periods in Plan =  _____

4. Lump Sums:  **0.00**

5. Equals total to be paid into the Plan  **20,819.49**

6. Estimated trustee's fees  **2,491.41**

7. Attorney fees and costs  _____

8. Total priority claims  **0.00**

9. Total installment mortgage or other long-term debt payments  **0.00**

10. Total of arrearage including interest  **0.00**

11. Total secured claims, including interest  **0.00**

    Total of items 6 through 11  $  **2491.41**

12. Funds available for unsecured creditors (item 5 minus item 11)  $  **18,328.08**

13. Total unsecured claims  $  **37,692.63**

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13)  **48%**

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached)  $  **0.00**

STEP PLAN PAYMENTS (PAYMENTS ARE ON A MONTHLY PAYMENT FREQUENCY)

|    | PAYMENT AMOUNT | PAY PERIODS (MONTHLY) | TOTAL |
|----|----------------|-----------------------|-------|
| 1. | $257.36        | 5                     | $1286.80 |
| 2. | $297.52        | 2                     | $595.04 |
| 3. | $332.11        | 1                     | $332.11 |
| 4. | $414.09        | 6                     | $2484.54 |
| 5. | $456.87        | 11                    | $5025.57 |
| 6. | $590.30        | 7                     | $4132.10 |
| 7. | $669.53        | 3                     | $2008.59 |
| 8. | $707.82        | 7                     | $4954.74 |
| Totals: |           | 42 Months             | $20,819.49 |